**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:21-cv-02750-JD**

| | |
|---|---|
| Jennifer J. Hale,<br><br>                                Plaintiffs,<br><br>v.<br><br>Black's Tire Service, Inc., and Keith Edmund Willis,<br><br>                                Defendants. | **STIPULATION OF DISMISSAL** |

The above-captioned matter having been settled by the parties, the undersigned, as attorneys for the parties herein, hereby stipulate that the Complaint be dismissed **with prejudice** and forever ended.

      SO STIPULATED:

| | |
|---|---|
| *s/Douglas Jennings*<br>Douglas Jennings, Esquire, Bar #2987<br>Douglas Jennings Law Firm, LLC<br>P.O. Drawer 995<br>151 Broad Street<br>Bennettsville, SC 29512-099<br><br>*Attorney for Plaintiffs* | *s/John M. Grantland*<br>John M. Grantland, Esquire, Bar #64158<br>Murphy & Grantland, P.A.<br>P.O. Box 6648<br>Columbia, SC 29260<br>Phone: 803-782-4100<br>Fax:    803-782-4140<br><br>*Attorneys for Defendants* |